IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY SPIERING,<br><br>        Plaintiff,<br><br>vs.<br><br>CARGILL INCORPORATED,<br><br>        Defendant. | CASE NO. 8:12CV112<br><br><br>ORDER AND<br>FINAL JUDGMENT |

This matter is before the Court on the parties' joint Stipulation for Dismissal With Prejudice (Filing No. 30). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own attorneys' fees and costs. Accordingly,

IT IS ORDERED:

1. The parties' joint Stipulation for Dismissal With Prejudice (Filing No. 30) is approved;

2. All of the claims and counterclaims asserted in the above referenced action are dismissed with prejudice; and

3. Each party will bear its own attorneys' fees and costs.

Dated this 28th day of January, 2013.

                                                  BY THE COURT:

                                                  s/Laurie Smith Camp
                                                  Chief United States District Judge